■ In the Matter of SHALOM S. QUEENSBORO SOCIETY FOR THE PREVENTION OF CRUELTY TO CHILDREN, INC., Respondent; ESTHER S. et al., Appellants. — In a child abuse proceeding, the appeal is from an order of the Family Court, Queens County (Corrado, J.), dated June 9, 1981, which, after a hearing, determined that the child was an abused child, and directed that she be placed

with the Commissioner of Social Services for a period not to exceed 18 months. Order reversed, on the law, without costs or disbursements, and the matter is remitted to the Family Court for a new hearing in accordance herewith. The unjustified refusal of the Family Court to grant the appellants a second brief adjournment so that their counsel might be present at the hearing deprived them of any meaningful exercise of their right to an attorney (see *Matter of Ella B.*, 30 NY2d 352). Damiani, J. P., Mangano, Gulotta and Niehoff, JJ., concur.